### CEPHAS WALKER *vs.* LEONARD H. WALKER.

This also is an action on a promissory note given for taxes. The note differs from the former only in the fact that it was made payable to the treasurer of the town of Embden instead of to the town of Embden, and the action is in the name of the treasurer instead of the name of the town.    The differences are immaterial ; and,for the reasons stated in the former action, the entry must be,                        *Judgment for defendant.*

*B. S. Collins, Merrill and Gower*, for plaintiff.

*J. J. Parlin*, for defendant.